KANTOR & KANTOR LLP
ALAN E. KASSAN  Bar No. 113864
PETER S. SESSIONS  Bar No. 193301
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
KAREN J. LIVESAY

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and OCCIDENTAL PETROLEUM
CORPORATION LONG TERM DISABILITY PLAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN J. LIVESAY,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; OCCIDENTAL PETROLEUM CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO. 1:08-CV-01335 OWW SMS<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE;**<br><br>**ORDER THEREON**<br><br>Settlement Conference Currently Set For:<br><br>JUDGE:   Honorable Sandra M. Snyder<br>DATE:    February 24, 2009<br>TIME:     10:00 a.m. |

-1-                      CASE NO. 1:08-CV-01335 OWW SMS

PDF created with pdfFactory trial version www.pdffactory.com

The parties to this action, through their respective attorneys of record, hereby stipulate and agree to the following:

WHEREAS:

1. This is an action for long term disability benefits arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA");

2. The Court held a scheduling conference in this matter on December 17, 2008, at which the Court set a settlement conference for February 24, 2009 at 10:00 a.m. before the Honorable Sandra M. Snyder;

3. The Court set no other dates at the December 17, 2008 scheduling conference;

4. Since that scheduling conference, the parties have engaged in settlement discussions in an attempt to resolve this matter without the direct assistance of the Court;

5. The parties believe that there is a substantial chance that they can settle this matter informally;

6. The parties do not wish to unduly burden the Court in a matter where the parties believe they are making progress on their own, and in which the amount of disability benefits at issue is not substantial for a case of this type;

7. Counsel for Plaintiff has contacted Chief Magistrate Judge Snyder's clerk and indicated the parties' desire to continue the February 24, 2009 settlement conference in this matter in order to allow further settlement discussions between the parties;

8. Continuance of the settlement conference would not negatively affect the progress of this case, as there are no other dates currently set by the Court; and

9. Chief Magistrate Judge Snyder's clerk has provided counsel with several dates to which the settlement conference in this case might be continued, including May 4, 2009 at 10:30 a.m.

-2-   CASE NO. 1:08-CV-01335 OWW SMS

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the settlement conference in this matter, currently scheduled for February 24, 2009 at 10:00 a.m. before Chief Magistrate Judge Snyder, be continued to May 4, 2009 at 10:30 a.m. before Chief Magistrate Judge Snyder.

DATED:  February 19, 2009      KANTOR & KANTOR LLP


By: /s/Peter S. Sessions (as authorized on February 19, 2009)
    Alan E. Kassan
    Peter S. Sessions
    Attorneys for Plaintiff
    KAREN J. LIVESAY

DATED:  February 19, 2009      SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/Dennis G. Rolstad
    Dennis G. Rolstad
    Erin A. Cornell
    Attorneys for Defendants
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and OCCIDENTAL PETROLEUM CORPORATION LONG TERM DISABILITY PLAN

## **ORDER**

Pursuant to the parties' stipulation, and good cause having been shown, IT IS HEREBY ORDERED that the settlement conference in this matter, currently scheduled for February 24, 2009 at 10:00 a.m. before Chief Magistrate Judge Snyder, be continued to May 4, 2009 at 10:30 a.m. before Chief Magistrate Judge Snyder.


Dated:  2/20/2009
   /s/ Sandra M. Snyder
   The Honorable Sandra M. Snyder
   Chief United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com