SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and OCCIDENTAL PETROLEUM
CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAREN J. LIVESAY, | CASE NO. CV 08-01335 OWW SMS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; OCCIDENTAL PETROLEUM CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KAREN J. LIVESAY and defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and OCCIDENTAL PETROLEUM CORPORATION LONG TERM DISABILITY PLAN, through their respective attorneys of record herein, that this entire action, including the complaint, shall be DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

DATED: May 29, 2009          KANTOR & KANTOR, LLP


By: s/Peter S. Sessions (as authorized on May 29, 2009)
    Peter S. Sessions
    Attorneys for Plaintiff
    KAREN J. LIVESAY

DATED: June 2, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: s/Dennis G. Rolstad
    Dennis G. Rolstad
    Erin A. Cornell
    Attorneys for Defendants
    HARTFORD LIFE AND ACCIDENT INSURANCE
    COMPANY and OCCIDENTAL PETROLEUM
    CORPORATION LONG TERM DISABILITY PLAN


**ORDER**

IT IS SO ORDERED.

DATED: _6/3/2009_____

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE